UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MURAD RABADANOV,

    Petitioner,

v.                                                    No. 1:25-CV-286-H

KRISTI NOEM, et al.,

    Respondents.

## ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's petition for a writ of habeas corpus and complaint for emergency injunctive relief. Dkt. No. 1. The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. To the extent the petitioner seeks emergency relief in the form of a temporary restraining order (Dkt. No. 1 at 2), he must move for such relief in a separate motion. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than January 12, 2026. The respondents must file with the answer all records relevant to the resolution of the petitioner's habeas petition. The petitioner may file a reply to the respondents' answer by no later than January 26, 2026. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on December 29, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition (Dkt. No. 1). The respondents' notice should also address what notice, if any, the respondents will give

– 2 –

the petitioner's counsel and the Court prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as its attachment (Dkt. No. 1), shall be made by the petitioner on the United States Attorney for the Northern District of Texas, Ryan Raybould, by 12:00 p.m. CT on December 29, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on December 23, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE